

**SEALED**



**FILED**

SEP 08 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **21 CR 39 1 CVE** |
| Plaintiff, | FILED UNDER SEAL |
| v. | INDICTMENT |
| LOUIS CLAYTON CHAFFIN, a/k/a "Clakie," | [COUNT ONE: 18 U.S.C. §§ 1151 and 1153; 21 O.S. §§ 1431 and 1436 – First Degree Burglary in Indian Country; |
| Defendant. | COUNTS TWO through FOUR: 18 U.S.C. §§ 1151, 1153, and 113(a)(3) – Assault with a Dangerous Weapon with Intent to do Bodily Harm in Indian Country; COUNT FIVE: 18 U.S.C. §§ 924(c)(1)(A)(ii) – Carrying, Using, and Brandishing a Firearm During and in Relation to a Crime of Violence] |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### [18 U.S.C. §§ 1151 and 1153; 21 O.S. §§ 1431 and 1436]

On or about December 9, 2017, within Indian Country in the Northern District of Oklahoma, the defendant, **LOUIS CLAYTON CHAFFIN**, an Indian, broke and entered into a dwelling of another while the dwelling was occupied by E.J., a person known to the Grand Jury, with the intent to commit some crime therein, by forcibly breaking into an outer door of the dwelling.

All in violation of Title 18, United States Code, Sections 1151 and 1153; and Title 21, Oklahoma Statutes, Sections 1431 and 1436.

## COUNT TWO
### [18 U.S.C. §§ 1151, 1153, and 113(a)(3)]

On or about December 9, 2017, within Indian Country in the Northern District of Oklahoma, the defendant, **LOUIS CLAYTON CHAFFIN**, an Indian, with intent to do bodily harm, assaulted C.S., a person known to the Grand Jury, with a dangerous weapon, by hitting C.S. with a bat.

All in violation of Title 18, United States Code, Sections 1151, 1153, and 113(a)(3).

## <u>COUNT THREE</u>
**[18 U.S.C. §§ 1151, 1153, and 113(a)(3)]**

On or about December 9, 2017, within Indian Country in the Northern District of Oklahoma, the defendant, **LOUIS CLAYTON CHAFFIN**, an Indian, with intent to do bodily harm, assaulted G.D., a person known to the Grand Jury, with a dangerous weapon, by hitting G.D. with a bat.

All in violation of Title 18, United States Code, Sections 1151, 1153, and 113(a)(3).

## COUNT FOUR
### [18 U.S.C. §§ 1151, 1153, and 113(a)(3)]

On or about December 9, 2017, within Indian Country in the Northern District of Oklahoma, the defendant, **LOUIS CLAYTON CHAFFIN**, an Indian, with intent to do bodily harm, assaulted G.D., a person known to the Grand Jury, with a dangerous weapon, by hitting G.D. with a pistol.

All in violation of Title 18, United States Code, Sections 1151, 1153, and 113(a)(3).

## COUNT FIVE
### [18 U.S.C. §§ 924(c)(1)(A)(ii)]

On or about December 9, 2017, in the Northern District of Oklahoma, the

defendant, **LOUIS CLAYTON CHAFFIN**, knowingly carried, used, and

brandished a firearm during and in relation to a crime of violence for which he may

be prosecuted in a court of the United States, that is, Assault with a Dangerous

Weapon with Intent to do Bodily Harm in Indian Country, as set forth more fully in

Count Four of this Indictment.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii).


CLINTON J. JOHNSON
Acting United States Attorney

A TRUE BILL


MARK R. MORGAN
Assistant United States Attorney

/s/ Grand Jury Foreperson
Grand Jury Foreperson